UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANTE MALIK SULLIVAN,

                          Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                          Defendants.

22-CV-8438 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 7, 2022, the Court directed Plaintiff to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of the complaint for failure to state a claim on which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses the complaint for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:    February 8, 2023
             New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                               Chief United States District Judge