UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANTE MALIK SULLIVAN,

                Plaintiff,

-against-

CITY OF NEW YORK, ET AL,

                Defendants.

22-CV-8438 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the February 8, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 8, 2023
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge